```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                       FORT MYERS DIVISION
```

BARBARA MCCAFFERTY, as Personal Representative of the Estate of Katherine Shearl,

    Plaintiff,

v.                                Case No.  2:25-cv-519-JES-KCD

KENZIE KARE GROUP HOME I & II, LLC, a Florida limited liability company, et al.,

    Defendants.

_____

## ORDER

    This matter comes before the Court on the Motion to Dismiss for Lack of Proper Service (Doc. #37) filed by Non-Party Jacquelline Priscila Garcia Lemus ("Jacquelline").  Jacquelline asserts that she has been improperly served in a case of mistaken identity.  At the Court's request, Plaintiff Barbara McCafferty ("McCafferty") filed a Response.  (Doc. #41.)

    McCafferty agrees that Jacquelline was "improperly served" and "has nothing to do with the claims in this lawsuit," and asks that Jacquelline be "officially released from any further obligations associated with this lawsuit."  (Id. at 1–2.)  McCafferty also asks that the motion, which contains sensitive identifying information, be sealed to protect Jacquelline's privacy.  (Id. at 2.)  The Court agrees and grants both requests.

Accordingly, it is hereby

**ORDERED**:

1. Non-Party Jacquelline Priscila Garcia Lemus's Motion to Dismiss for Lack of Proper Service (Doc. #37) is **GRANTED.**

2. Non-Party Jacquelline Priscila Garcia Lemus (DL #: G622-045-**-***-*) is **DISMISSED** and officially released from any further obligation associated with this lawsuit.

3. To be clear, however, the dismissal is **WITHOUT PREJUDICE** to Plaintiff Barbara McCafferty's ability to effect service of process on the correct "Jackie Lemus," who is alleged to be an employee and/or agent of Defendant Kenzie Kare Group Home I & II, LLC.

4. The Clerk of Court is **DIRECTED** to **SEAL** Jacquelline's Motion to Dismiss for Lack of Proper Service (Doc. #37).

**DONE and ORDERED** at Fort Myers, Florida, this __28th__ day of July 2025.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record